No. 73, Misc. WEST ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Victor Rabinowitz, Leonard B. Boudin* and *Ann Fagan Ginger* for petitioners. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 74, Misc. REINTHALER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank J. Donner, Arthur Kinoy* and *Marshall Perlin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 179, Misc. KIRACOFE v. SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall* for petitioner. *D. Gardiner Tyler,* Assistant Attorney General of Virginia, for respondent.

No. 446, Misc. EARNSHAW v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 457, Misc. RAGAN v. MADIGAN, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for the United States.

No. 465, Misc. MORSE v. WARDEN, UNITED STATES PENITENTIARY. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *David Rubin* for respondent.